```
IN THE UNITED STATES DISTRICT COURT FOR THE
           SOUTHERN DISTRICT OF GEORGIA
                  AUGUSTA DIVISION
```

AUGUSTA WARRIOR PROJECT, INC., *
                                                         *
    Plaintiff,                        *
                                                         *
        v.                            *          CV 114-238
                                                          *
RALLYPOINT/6, INC.,         *
                                                         *
    Defendant.                        *

---

## O R D E R

---

On June 15, 2015, Defendant filed a Notice of Settlement in the above-captioned case. (Doc. 20.) Then, on September 18, 2015, Plaintiff filed a Voluntary Dismissal with Prejudice, indicating that it had dismissed the instant action. (Doc. 21.)

Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that this action and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of September, 2015.

                                                  _____
                                                  HONORABLE J. RANDAL HALL
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF GEORGIA